AO 442 (Rev. 10/95) Warrant for Arrest         **ORIGINAL**

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

**FILED** SEP -1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

## UNITED STATES OF AMERICA
### v.
Mark Anthony NINO DE RIVERA

**WARRANT FOR ARREST**

CASE NUMBER: 1:11-mj-00177-SMS

YOU ARE HEREBY COMMANDED to arrest

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment   ___ Information   _x_ Complaint   ___ Order of court   ___ Violation Notice   ___ Probation Violation

charging him or her with (brief description of offenses)
knowingly and willfully making materially false, fictitious, or fraudulent statements or representations

in violation of Title 18, United States Code, Section 1001(a)(2)

Sandra M. Snyder
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Bail fixed at   $ No bail   by   Sandra M. Snyder

United States Magistrate Judge
Title of Issuing Officer

Fresno, California
Date and Location

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED 9/1/11 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 9/1/11 | SPECIAL AGENT R. STEARMAN | *[signature]* |