1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

**FILED**

SEP 0 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:11 CR 00298 LJO 

| UNITED STATES OF AMERICA, | ) | CR. |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. §1001(a)(2) - False Statements or Representation Made to a Department or Agency of the United States |
| v. | ) | |
| MARK ANTHONY NINO DE RIVERA, | ) | |
| Defendant. | ) | |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 1001(a)(2)-False Statements or Representation Made to a Department or Agency of the United States

The Grand Jury charges: T H A T

MARK ANTHONY NINO DE RIVERA,

defendant herein, on or about August 31, 2011, at the Clovis Police Department, in Clovis, California in the County of Fresno, State and Eastern District of California and elsewhere, did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the

1  jurisdiction of a department or agency of the United States by
2  telling Special Agents Justin Quinn and Ryan Stearman of the
3  Bureau of Alcohol, Tobacco, Firearms and Explosives that he never
4  owned a personal cell phone, had not spoken with Christopher
5  Schriner in years, and that he had no knowledge of any stolen
6  firearms; these statements and representations were false because,
7  as MARK NINO DE RIVERA then and there knew, he did possess a
8  personal cell phone subscribed to in his own name during the time
9  period including July, 2011 through August, 2011; he had spoken
10 with Christopher Schriner within forty-five days before August 31,
11 2011; and that he did have knowledge of stolen firearms,
12 specifically, firearms that had been stolen from a military base
13 that had been the subject of conversations between him and
14 Christopher Schriner.
15     All in violation of Title 18, United States Code, Section
16 1001(a)(2).

                                        A TRUE BILL,
                                        /s/ Signature on file w/AUSA
                                        ─────────────────────────────
                                        FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

By     Mark E. Cullers
   ─────────────────────
MARK E. CULLERS
Assistant U.S. Attorney
Chief, Fresno Office