# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

**FILED**

SEP 0 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

THE UNITED STATES OF AMERICA

vs.

MARK ANTHONY NINO DE RIVERA

INDICTMENT

1: 11 CR 00 29 8   LJO

**VIOLATION(S):** 18 U.S.C. § 1001(a)(2) - FALSE STATEMENTS OR REPRESENTATION MADE TO A DEPARTMENT OR AGENCY OF THE UNITED STATES

*A true bill,*

/s/

_____
Foreman.

Filed in open court this  8th  day of  Sept. , A.D. 20 11

_____
Clerk.

Bail, $ **ORDERED DETAINED** as set

GPO 863 525

AO 257 (Rev. 5/2003)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING INFORMATION ☐ SUPERSEDING
☐ SEALED ☐ Court No.

Name of District Court, and/or Judge Magistrate Location (city)
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO, CALIFORNIA**

### OFFENSE CHARGED

18/1001

☐ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

Place of Offense: Fresno
USC Citations:
Please see Indictment

### DEFENDANT -- U.S. vs.

MARK ANTHONY NINO De RIVERA

Address: 1:11 CR 00298 LJO

Birth Date
☐ Male  ☐ Female  ☐ Alien (if applicable)
(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
SA Stearman/ATF

☐ this person is awaiting trial in another Federal or State Court, give name of court.

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.
1:11-mj-177 SMS

Name and Office of Person Furnishing information on THIS FORM
☐ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

☐ ADD FORFEITURE UNIT (Check if Forfeiture Allegation)

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Fed'l  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date

DATE OF ARREST ► Mo. Day Year
Or ... if arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY ► Mo. Day Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS
*Defendant in custody; next court date 9/9/11*

## PENALTY SLIP

| | |
|---|---|
| DEFENDANT: | MARK ANTHONY NINO De RIVERA |
| VIOLATION: | 18 U.S.C. § 1001(a)(2) - <br> False Statement or Representation Made to a Department or Agency of the United States (Count One) |
| PENALTY: | 5 year maximum <br> $250,000 dollar fine <br> 3 years supervised release <br> $100 special assessment fee |