```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARK ANTHONY NINO DE RIVERA<br><br>  Defendant. | Case Nos.  1:11-CR-298 LJO<br>           1:11-CR-264 LJO<br>           1:11-CR-258 AWI<br>           1:11-CR-259 AWI<br>           1:11-CR-261 AWI<br>           1:11-CR-269 LJO<br>           1:11-CR-270 AWI<br>           1:11-MJ-165 SMS<br><br>NOTICE OF RELATED CASES |

    Pursuant to Local Rule 83-123(a)(3)(4), the government hereby notifies the Court and opposing counsel that the above captioned cases are related and should be assigned to a single judge.  The cases arose out of same investigation.

September 30, 2011                      Respectfully submitted,


                                        BENJAMIN B. WANGER
                                        U.S. Attorney

                                   By:  /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney