1  EDDIE RUIZ   #182202
   LAW OFFICE OF EDDIE RUIZ
2  2341 EAST ASHLAN AVENUE
   FRESNO, CALIFORNIA 93726
3  Tel: (559) 229-4900
   Fax: (559) 229-4990
4
   Attorney for Defendant: **MARK NINO DE RIVERA**
5

6

7

8

9                    IN THE UNITED STATED DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

14  UNITED STATES OF AMERICA          )   Case No. 1:11-CR-00298 AWI
                                      )
15          Plaintiff,                )   STIPULATION AND ORDER TO SET
                                      )   CHANGE OF PLEA HEARING
16      vs.                           )
                                      )
17  MARK NINO DE RIVERA,              )
                                      )
18          Defendant.                )
                                      )
19  _____ )

20
         The defendant, Mark Nino De Rivera, by and through his undersigned counsel, and
21
22   The United State, by and through its undersigned counsel, stipulate to set a hearing on Monday

23  December 19, 2011, for purposes of change of plea.

24       I, Eddie Ruiz, the filing party, have received authorization from AUSA Kimberly Sanchez
25
    to sign and submit this stipulation and proposed order.
26
         Accordingly, the defendant and the United States agree that the change of plea hearing be set
27
28  for Monday December 19, 2011 at 9:00 a.m..

1   Dated: December 5, 2011                               BENJAMIN B. WAGNER

2                                                          United States Attorney

3

4

5                                                          By: /S/ Kimberly Sanchez
                                                               Kimberly Sanchez
6                                                              Assistant U.S. Attorney

7
    Dated: December 5, 2011
8

9                                                          By: /S/ Eddie Ruiz
                                                               Eddie Ruiz
10                                                             Counsel for Defendant
                                                               MARK NINO DE RIVERA
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS ORDERED THAT the change of plea hearing be set for Monday, December 19, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   December 7, 2011                    _____

                                             CHIEF UNITED STATES DISTRICT JUDGE