IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:11-CR-000298 DAD |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| MARK ANTHONY NINO DE RIVERA, | |
| Defendant. | |

The above-named defendant having been sentenced on October 29, 2021, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **October 29, 2021**                          _____
UNITED STATES DISTRICT JUDGE